# IN THE SUPREME COURT OF THE STATE OF NEVADA

PERCY LAVAE BACON,
Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK,
Respondent.

No. 68720

**FILED**

NOV 07 2016

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _S. Young_
DEPUTY CLERK

## ORDER DISMISSING PETITION

This is a pro se original petition for a writ of mandamus. This court previously entered an order restricting petitioner's right to file pro se writ petitions without payment of the filing fee absent leave of the Chief Justice. *Bacon v. Eighth Judicial District Court,* Docket No. 58414 (Order Declaring Petitioner a Vexatious Litigant and Restricting Filing Privileges, April 25, 2012). Subsequently, this court filed an order in the current case directing petitioner to comply with the requirements set forth in our April 25, 2012, order to obtain leave to proceed in forma pauperis. Specifically, that he must submit a motion for leave to file his writ petition and his application for in forma pauperis. Petitioner was cautioned that the failure to comply with that requirement would result in the dismissal of this matter. To date, petitioner has not complied with the order. Accordingly, we

ORDER the petition DISMISSED.

_____, C. J.
Parraguirre

_____, J.
Hardesty

_____, J.
Pickering

cc: Attorney General/Carson City
Eighth District Court Clerk
Percy Lavae Bacon